UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ARILYN JAMES,

       Plaintiff,

v.                                                      CASE NO: 3:18-CV-1192-J-39PDB

TRANSWORLD SYSTEMS, INC.,

       Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

      Plaintiff, ARILYN JAMES, pursuant to M.D. Fla. Local Rule 3.08, notifies the Court that the parties have reached a settlement in this case and are currently finalizing the settlement documents. Once complete, the settlement should resolve all issues in this action. The parties will file the requisite dismissal documents when settlement is complete.

      Respectfully Submitted,

      **DAVIS LAW FIRM**

      */s/ Ariel R. Spires*
      **TODD M. DAVIS, ESQ.**
      FL BAR NO. 58470
      TD@DavisPLLC.com
      **ARIEL R. SPIRES, ESQ.**
      FL BAR NO. 0124523
      aspires@DavisPLLC.com
      231 East Adams Street
      Jacksonville, FL 32202
      904-400-1429 (T)
      904-638-8800 (F)

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 2, 2019, I E-filed this document using the CM/ECF system.  I further certify that I am not aware of any non-CM/ECF participants.

*/s/ Ariel R. Spires*
**ARIEL R. SPIRES, ESQ.**