UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ARILYN JAMES,

    Plaintiff,

v.                                                                                          Case No. 3:18-cv-1192-J-39PDB

TRANSWORLD SYSTEMS INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No.16; Stipulation) filed on August 6, 2019. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

    **ORDERED**:

    1.    This case is **DISMISSED with prejudice.**

    2.    Each party shall bear its own costs and fees.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 8th day of August, 2019.

BRIAN J. DAVIS
United States District Judge

- 2 -

cs

Copies to:

Counsel of Record